1

2              UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF WASHINGTON

4
     MARCIA LUCILLE ROLLAND,
5

6              Plaintiff,                    No.   2:15-CV-103-RMP

7     v.
                                            JUDGMENT IN A
8    CAROLYN W. COLVIN,                      CIVIL CASE
9    Commissioner of Social Security,

10             Defendant.

11

12   **DECISION BY THE COURT:**

13

14       This action came to hearing before the court.  The issues have been heard

15   and a decision has been rendered.

16

17       **IT IS ORDERED AND ADJUDGED** that:

18       Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is

19

20   remanded to the Commissioner for additional proceedings.

21       DATED:  March 25, 2016.

22

23                                  SEAN F. McAVOY
                                    Clerk of Court
24

25                                  By: *s/Penny Lamb*
26                                      Deputy Clerk

27

28

29

30

**1 | JUDGMENT IN A CIVIL CASE**